# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>            Plaintiff,                    )<br>                                                       )<br>     vs.                                          )<br>                                                       )<br>ERIC TYRONE JACKSON,            )<br>                                                       )<br>            Defendant.                 )<br>_____ ) | Case No.: 2:11-cr-00442-GMN-GWF-1<br><br>ORDER Re: Defendant's Motion to Designate that Federal Sentence Begins When Defendant is Incarcerated in State Facility (ECF No. 210) |

Before the Court is Defendant's Motion to Designate that Federal Sentence Begins When Defendant is Incarcerated in State Facility (ECF No. 210), and the Government's Response to Defendant's Motion (ECF No. 213). Defendant did not file a Reply.

Defendant's counsel has failed to cite any legal basis why Defendant's Motion should be granted. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Designate that Federal Sentence Begins When Defendant is Incarcerated in State Facility (ECF No. 210) is hereby **DENIED without prejudice**.

**DATED** this 7th day of April, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court