# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>vs. )<br>  )<br>ERIC TYRONE JACKSON, )<br>  )<br>             Defendant. )<br>  ) | Case No.: 2:11-cr-00442-GMN-GWF-1<br><br>**ORDER**<br><br>**(ECF No. 220)** |

Before the Court is Defendant Erik Tyrone Jackson's third Motion For Order For Defendant To Serve Federal Sentence Before State Sentence (ECF No. 220). This time, the Defendant cites to the decision in the District of Oregon regarding a California state law in a habeas petition, *Cozine v. Crabtree*, 15 F.Supp.2d 997 (D.Or., 1998); however, the Defendant fails to provide any legal analysis or explanation as to why he believes this opinion supports his request. In that case, Cozine was released because the California state court sentenced Cozine to a custodial term to be served concurrently with his federal sentence while Defendant Jackson admits that his Nevada state court sentence was specifically ordered to run consecutive to his federal sentence.

Because this Court is unable to readily discern the applicability of the case referenced in the motion and there appears to be no other basis for the granting of the request, Defendant's Motion (ECF No. 220) is **DENIED**.

**DATED** this 4th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court