UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> ERIC JACKSON, <br><br> Defendant. | Case No. 2:11-cr-00442-GMN-GWF <br><br> **ORDER** |

This matter is before the Court on Mary Lou Wilson, Esq.'s Motion for Withdrawal of Counsel (ECF No. 341) filed on February 8, 2019. Counsel represents that she has resigned from the CJA panel. In light of the above, the Count finds that counsel has provided good cause to justify withdrawal. The Court grants counsel's request and new counsel shall be appointed.

**IT IS HEREBY ORDERED** that Mary Lou Wilson, Esq.'s Motion to Withdraw as Counsel for Defendant (ECF No. 341), is **granted**.

**IT IS FURTHER ORDERED** that an appointment of counsel hearing is set for **Wednesday, February 20, 2019** at 10:30 AM in Courtroom 3B.

Dated this 11th day of February, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1