# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00442-GMN-GWF-1 |
| Plaintiff, | |
| vs. | **ORDER APPOINTING COUNSEL** |
| ERIC TYRONE JACKSON, | |
| Defendant. | |

On February 11, 2019 this Court granted Mary Lou Wilson's Motion for Withdrawal as Counsel for ERIC TYRONE JACKSON. (ECF. No. 342).

**IT IS HEREBY ORDERED** that **LISA A. RASMUSSEN, ESQ.** is appointed as substitute counsel for ERIC TYRONE JACKSON in place of Mary Lou Wilson for all future proceedings. Appointed counsel shall enter an appearance in this matter by February 22, 2019.

**IT IS FURTHER ORDERED** that the appointment hearing scheduled for February 20, 2019 is vacated.

DATED this 19th day of February 2019.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge