# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

ERIC TYRONE JACKSON,

Defendant.

JUDGMENT

Case Number: 2:11-cr-00442-GMN-GWF-1

(Related case: 2:16-cv-1514)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered denying 2255 Motion to Vacate, Set Aside, or Correct Sentence. Certificate of Appealability is denied.

September 19, 2019  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk