**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ERIC TYRONE JACKSON, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Case No.: 2:11-cr-00442-GMN-GWF <br><br> **ORDER** |

Pending before the Court are Defendant Eric Tyrone Jackson's ("Defendant's") Motion to Run Sentences Concurrently, (ECF No. 304), and Motion to be Taken into Federal Custody, (ECF No. 311). The Government filed Responses to each Motion, (ECF Nos. 310, 313). Defendant file a Reply in support of his Motion to be Taken into Federal Custody, (ECF No. 314).

On August 9, 2019, the Court issued a Minute Order, (ECF No. 348), directing Defendant's counsel "to file a supplement to the motions explaining that the relief in the motions is still requested or a request to withdraw the motions" by October 4, 2019. The Court granted Defendant's request to extend time to respond to the Court's Minute Order until November 3, 2019, (Min. Order, ECF No. 352). Defendant's counsel has not timely filed a supplement to Defendant's Motions.

Defendant previously filed Motions for his state and federal sentences to run concurrently and to serve his federal sentence before his state sentence, (ECF Nos. 210, 220). This Court denied the Motions for failure to cite any legal basis why the motions should be granted. (*See* Orders, ECF Nos. 217, 234). Defendant again fails to cite any legal basis for the relief requested in his pending Motions. (*See* Motions, ECF Nos. 310, 313).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Run Sentences Concurrently, (ECF No. 304), is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that Defendant's Motion to be Taken into Federal Custody, (ECF No. 311), is **DENIED without prejudice.**

**DATED** this __5__ day of November, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court