# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ERIC TYRONE JACKSON, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:11-cr-00442-GMN-GWF-1 <br><br> **ORDER** |

Pending before the Court are several motions filed by Defendant Eric Tyrone Jackson ("Defendant"). The Court now addresses each of Defendant's motions.

## I. **DISCUSSION**

### A. ECF Nos. 359, 360, and 363

Upon review and for good cause appearing, the Court **GRANTS** Defendant's Motion to Withdraw the Motion for Appointment of New Counsel, (ECF No. 363). As such, Defendant's Motion for Appointment of New Counsel, (ECF No. 359), is **WITHDRAWN**. Moreover, Defendant's Motion to be Present in Court for the Motion for Appointment of New Counsel, (ECF No. 360), is **DENIED as moot**, because Defendant has withdrawn the underlying Motion.

### B. ECF Nos. 358 and 362

The District of Nevada's Local Rule IA 11-5 provides that, "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-5. Here, Defendant is represented by attorney Lisa Rasmussen. Nevertheless, Defendant personally filed the Motion for Recommendation to Order BOP to Add Credit for Time Spent in State Custody on to

Federal Sentence, (ECF No. 358), and the Motion to Have Post Sentencing Report Done, (ECF No. 362), in violation of Local Rule IA 11-5. Accordingly, Ms. Rasmussen shall have until January 24, 2020, to show cause why Defendant's Motions, (ECF Nos. 358, 362), should not be stricken. Ms. Rasmussen's response must also indicate whether the objectives of her legal representation in this case have been completed.

## II. CONCLUSION

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw the Motion for Appointment of New Counsel, (ECF No. 363), is **GRANTED**. Defendant's Motion for Appointment of New Counsel, (ECF No. 359), is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that Defendant's Motion to be Present in Court for the Motion for Appointment of New Counsel, (ECF No. 360), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that attorney Lisa Rasmussen shows cause why Defendant's Motions, (ECF Nos. 358, 362), should not be stricken. Ms. Rasmussen shall have until January 24, 2020, to respond to this Order. The response must also indicate whether the objectives of her legal representation in this case have been completed.

**DATED** this __14__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court