# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:11-cr-00442-GMN-GWF-1 |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING DEFENDANT'S** |
| ) | **MOTION FOR COMPASSIONATE** |
| ERIC TYRONE JACKSON, ) | **RELEASE** |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court, having held a hearing on Defendant Eric Tyrone Jackson's Motion for Compassionate Release, (ECF No. 467), issued a ruling from the bench. (Mins. Proceeding, ECF No. 507). In accordance with that ruling, **IT IS HEREBY ORDERED** that Defendant's Motion for Compassionate Release is **GRANTED**. The Bureau of Prisons is instructed to release Defendant Eric Tyrone Jackson.

**DATED** this __29__ day of February, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court