RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org

Attorney for Eric Tyrone Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC TYRONE JACKSON,<br><br>Defendant. | Case No. 2:11-cr-00442-GMN-GWF-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Eric Tyrone Jackson, that the Revocation Hearing currently scheduled on November 17, 2025 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with her client.

2. Mr. Jackson is currently in Texas. He underwent assessments for mental health and drug treatments. Mr. Jackson is starting to work on both.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 7th day of November 2025.

RENE L. VALLADARES  
Federal Public Defender

*/s/ Rebecca A. Levy*  
By_____  
REBECCA A. LEVY  
Assistant Federal Public Defender

SIGAL CHATTAH  
Acting United States Attorney

*/s/ Steven Rose*  
By_____  
STEVEN ROSE  
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC TYRONE JACKSON,<br><br>Defendant. | Case No. 2:11-cr-00442-GMN-GWF-1<br><br>**ORDER** |

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, November 17, 2025 at 9:00 a.m., be vacated and continued to January 6, 2026 at the hour of 11:00 a.m.

DATED this 7 day of November 2025.

_____
UNITED STATES DISTRICT JUDGE