# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

United States of America,

              Plaintiff(s),

vs.

Eric Tyrone Jackson,

              Defendant(s).

2:11-cr-00442-GMN-MDC

**ORDER**

Eric Tyrone Jackson has filed multiple motions pro se despite being represented by counsel. *See ECF Nos. 544, 547, 548, 550, and 551*. Under Local Rule IA 11-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6(a). Local Rule IA 11-6(a) "prevents parties represented by counsel from filing documents pro se." *United States v. Lay*, No. 2:19-cr-00206-KJD-VCF, 2024 U.S. Dist. LEXIS 89757, 2024 WL 2092001, at *1 (D. Nev. May 9, 2024) (citing *United States v. Alva*, No. 2:14-cr-023-GMN-NJK, 2016 U.S. Dist. LEXIS 85235, 2016 WL 11645518, at *1 (D. Nev. June 29, 2016)). While defendant moved to replace Federal Public Defender counsel (ECF No. 550), new CJA counsel was immediately appointed (ECF No. 543).  Moreover, defendant has not been granted leave to proceed pro-se.  Thus, defendant has been effectively represented by counsel at relevant times.  Accordingly, his pro-se filings are moot or directly violate the Court's local rules.

Accordingly,

**IT IS ORDERED** that defendant's motions (1) for Initial Appearance (ECF No. 544); for Recusal (ECF No. 547); to Stay (ECF No. 548); and for Evidentiary Hearing (ECF No. 551) are **ALL STRIKEN** from the docket.

1

**IT IS FURTHER ORDERED** that defendant's *Motion to Withdraw and Replace FPD Attorney* (ECF No. 550) is **DENIED** as moot.

Date: January 28, 2026

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge