# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ERIC TYRONE JACKSON, *et al.*

          Defendants.

Case No.: 2:11-cr-00442-GMN-MDC

**ORDER**

Pending before the Court is the Government's Motion to Strike, (ECF No. 554) requesting the Court to strike multiple motions filed pro se by Defendant Eric Tyrone Jackson: (1) Motion for Compassionate Release, (ECF No. 545), (2) Motion for Compassionate Release, (ECF No. 546), (3) Motion to Dismiss, (ECF No. 549), (4) Notice to Court, (ECF No. 552). After the Motion to Strike was filed, Defendant filed three more motions pro se: (1) Motion to Operate Pro Se, (ECF No. 562), (2) Motion to Dismiss Court Appointed Attorney, (ECF No. 563), and (3) Motion to be Present in Court for Motion to Dismiss, (ECF No. 564).

Under Local Rule IA 11-6(a), "a party who has appeared by attorney cannot while so represented appear or act in the case." LR IA 11-6(a). Thus, Local Rule IA 11-6(a) "prevents parties represented by counsel from filings documents pro se." *United States v. Lay*, No. 2:19-cr-00206-KJD-VCF, 2024 WL 2092001, at *1 (D. Nev. May 9, 2024) (citing *United States v. Alva*, No. 2:14-cr-023-GMN-NJK, 2016 WL 11645518, at *1 (D. Nev. June 29, 2016)).

Here, Defendant is represented by CJA counsel. (*See* Order Appointing Counsel, ECF No. 543). While CJA counsel filed a Motion to Withdraw, (ECF No. 560), that Motion was denied. (*See* Order Denying Motion to Withdraw, ECF No. 561). Therefore, Defendant remained represented by counsel at all relevant times. Accordingly, Defendant's pro se filings

directly violate Local Rule IA 11-6(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Strike, (ECF No. 554), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's (1) Motion for Compassionate Release, (ECF No. 545), (2) Motion for Compassionate Release, (ECF No. 546), (3) Motion to Dismiss, (ECF No. 549), (4) Notice to Court, (ECF No. 552), (5) Motion to Operate Pro Se, (ECF No. 562), (6) Motion to Dismiss Court Appointed Attorney, (ECF No. 563), and (7) Motion to be Present in Court for Motion to Dismiss, (ECF No. 564), be **STRICKEN** from the docket.

**DATED** this __29__ day of January, 2026.

Gloria M. Navarro, District Judge
United States District Court