UNITED STATES OF AMERICA
DISTRICT OF NEVADA

```
                                    RECEIVED          SERVED ON
                                    ENTERED     COUNSEL/PARTIES OF RECORD

                                         APR 0 2 2026

                                    CLERK US DISTRICT COURT
                                    DISTRICT OF NEVADA
                               BY:                        DEPUTY
```

UNITED STATES OF AMERICA

VS

CASE NUMBER

2:11-CR-00442-GMN-GWF-1

ERIC TYRONE JACKSON

MOTION FOR EXTENTION OF (4/7/2026) PRELIMINARY HEARING

STATEMENT OF FACTS

BEFORE THIS COURT I HAVE SUBMITTED ② MOTIONS ① MOTION TO RECUSE JUDGE MAXIMILIANO COUVILLER FOR HIS APPRENCE OF BE IMPARTIAL & BIASED & IF HE IS THE JUDGE PRESIDING OVER THAT SPECIFIC PRELIMINARY HEARING IT IS UN-JUST TO MOVE FORWARD WITH HIM PRESIDING OVER THAT HEARING BEFORE THE MOTION TO RECUSE HIM IS REVIEWED AND RULED UPON.

② WITH THIS MOTION FOR AN EXTENTION I HAVE SUBMITTED A MOTION TO DISMISS ATTORNEY/COUNSEL JAMES ORONOZ FOR A VARIETY OF REASONS SUCH AS CONFLICS OF INTEREST REGARDING RACE & HIS DOCUMENTED INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS FILED AGAINST HIM BY MORE THEN 10

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

(PAGE 2)

→ OF HIS PREVIOUS CLIENTS ① OF THOSE CLIENTS BEING A FAMILY MEMBER OF MINES. UNTIL THESE MOTIONS ARE REVIEWED AND RULED UPON IT IS JUDICIALY INCORRECT FOR ME TO MOVE FORWARD WITH THUS SCHEDULED PRELIMINARY HEARING!

CONCLUSION

FOR THE FACTS LISTED AND STATED ABOVE I HONORABLY REQUEST THIS COURT TO GRANT THUS SAID MOTION FOR EXTENTION OF MY (4/7/2026) PRELIMINARY HEARING UNTIL AFTER BOTH SAID MOTIONS ① MOTION TO RECUSE JUDGE & ② MOTION TO DISMISS ATTORNEY ARE RULED UPON

RESPECTFULY SUBMITTED BY
ERIC JACKSON ON 3/30/2026

CERTIFICATE OF SERVICE

I HEREBY CERTIFY OF BY PENALTY OF PURJURY THAT A TRUE AND CORRECT COPY OF MOTION TO DISMISS ATTORNEY JAMES ORONOZ WAS SENT TO SEGAL CHATTAH 501 LAS VEGAS BLVD SOUTH, LAS VEGAS NEVADA 89000 89101 UTILIZING THE UNITED STATES POSTAL SERVICE ON 3/31/2026 BY

ERIC JACKSON #46473048
NSDC
2190 E MESQUITE AVE
PAHRUMP, NEVADA
89000

Case 2:11-cr-00442-GMN-MDC Document 606 Filed 04/02/26 Page 4 of 4

ERIC JACKSON #46473048
NEVADA SOUTHERN DETENTION CENTER
2190 E MESQUITE AVE
PAHRUMP, NEVADA
89060

This correspondence originated from a detention facility. The facility is not responsible for the content.

LAS VEGAS NV 890

APR 2026 AM 3

FIRST LA

US POSTAGE ℠ PITNEY BOWES

ZIP 89060 $001.03⁰
02 7W
0008031480 MAR 31 2026

———— FILED        ———— RECEIVED
———— ENTERED      ———— SERVED ON
          COUNSEL/PARTIES OF RECORD

APR 0 2 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

"LEGAL MAIL"

89101-706934

CLERK OF
UNITED STATES DISTRICT COURT
333 LAS VEGAS BLVD SOUTH
INDIGENT
LAS VEGAS, NEVADA
89101