JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
Oronoz & Ericsson, LLC
9900 Covington Cross Dr., Ste. 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
tom@oronozlawyers.com
*Attorneys for Eric Tyrone Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

ERIC TYRONE JACKSON,
        Defendant.

CASE NO: 2:11-cr-00442-GMN-MDC-1

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

(First Request)

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1.    Mr. Jackson's revocation of supervised release hearing is currently set for April 10, 2026, at 10:30 a.m.

2.    Attorneys Oronoz and Ericsson filed a Motion to Withdraw into the instant case on April 2, 2026; it has not yet been ruled on. Counsel filed the motion after Mr. Jackson expressed dissatisfaction with counsel, directed counsel to withdraw, and requested the appointment of new counsel. Mr. Jackson also filed a Motion to Dismiss Counsel on April 2, 2026. It has not yet been ruled on, either.

3.    Out of respect for Mr. Jackson's expressed wishes and concern regarding the current state of the attorney-client relationship, counsel

requests this Court first make a determination regarding whether this relationship will continue prior to holding Mr. Jackson's revocation of supervised release hearing.

4. Defense counsel conferred with the Government who agrees that a continuance is needed given the present situation.

5. This continuance is not sought for purposes of delay, but to ensure the propriety of Defendant's representation at his revocation of supervised release hearing.

6. Defendant does not object to this continuance.

7. Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

8. The additional time requested by this stipulation is excludable in computing the time within which the trial must start under the Speedy Trial Act, Title 18, United States Code, Section 3161 et. seq., considering the factors under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

## **CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

/ / /

# ORDER

Defendant's preliminary hearing is continued to  May 15, 2026 at 11:30 a.m

IT IS SO ORDERED.

_____
HON. GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF NEVADA

DATED:   April 7, 2026                                         .

USA v. Jackson
2:11-cr-00442-GMN-MDC-1
Stipulation to Continue
Revocation of Supervised Release Hearing
(First Request)