# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:11-cr-00442-GMN-MDC |
| Plaintiff(s), | **ORDER** |
| vs. | |
| Eric Tyrone Jackson, | |
| Defendant(s). | |

Pro se defendant filed a *Motion Requesting Release* ("Motion"). *ECF No. 642*. After filing this Motion, the defendant reached an agreement with the government and agreed to a sentence of nine months in custody. ECF No. 655. The Court thus **DENIES** the defendant's Motion as **MOOT.**

**IT IS ORDERED that** defendant's *Motion Requesting Release* (ECF No. 642) is **DENIED as MOOT.**

DATED:    May 19, 2026.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable

issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, parties must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in sanctions.**