**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ERIC TYRONE JACKSON, *et al.*

Defendants.

Case No.: 2:11-cr-00442-GMN-MDC

**ORDER**

Pending before the Court are three Motions for Compassionate Release, (ECF Nos. 616, 667, 669), filed by Defendant Eric Tyrone Jackson. Further pending before the Court is Defendant's Motion for Reconsideration, (ECF No. 660), Appeal of Magistrate Judge Couvillier's Ruling, (ECF No. 661), and Motion to Correct Incorrect Release Date, (ECF No. 673). Finally pending before the Court is the Fifth Motion to Strike, (ECF No. 641), filed by the Government.

On December 11, 2025, this Court issued a warrant for Defendant's arrest due to violations of his supervised release. (Warrant, ECF No. 531); (*see* Addendum, ECF No. 529). On May 15, 2026, Defendant reached an agreement with the Government for a sentence of nine months in custody, with credit for time served, and no supervision to follow. (*See* Minutes, ECF No. 655). The date that Defendant believed he was scheduled to be released from custody was September 16, 2026, which has now passed. (*See* Mot. Correct at 3, ECF No. 673). Because Defendant has now been released from custody, the Court DENIES the pending motions in this case as moot.

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions for Compassionate Release, (ECF Nos. 616, 667, 669), are **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Reconsideration, (ECF No. 660), is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendant's Appeal of Magistrate Judge Couvillier's Ruling, (ECF No. 661), is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Defendant's Motion to Correct Release Date, (ECF No. 673), is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the Government's Fifth Motion to Strike, (ECF No. 641), is **DENIED as moot.**

**DATED** this 2 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT